1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PORTER

**E-FILED**

**FILED**

MAR 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-70081 PVT |
| Plaintiff, ) | STIPULATION, WAIVER AND |
| ) | [PROPOSED] ORDER CONTINUING |
| vs. ) | PRELIMINARY HEARING AND |
| ) | EXCLUDING TIME FOR INDICTMENT |
| JOKAELLE PORTER, ) | |
| Defendant. ) | |

## STIPULATION AND WAIVER

The parties hereby stipulate and agree that the date of March 15, 2007 currently set for preliminary hearing and/or arraignment may be continued for three weeks to April 5, 2007, at 9:30 a.m. Mr. Porter, by his signature below, further consents to extend by two weeks the time for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.  The purpose of the requested continuance is to permit the defense to continue its investigation into the circumstances of the alleged offense and to facilitate the parties' efforts to reach a pre-indictment resolution. The parties further agree that the intervening three weeks may be excluded from the time within which an indictment shall be filed, as the reasonable time necessary for effective defense preparation under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing                                          1

Dated: March 12, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: March 12, 2007

s/_____
JOKAELLE PORTER
Defendant

Dated: March 13, 2007

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date set for preliminary hearing and/or arraignment in the above-captioned matter shall be continued from Thursday, March 15, 2007 to Thursday, April 5, 2007 at 9:30 a.m.

It is further ordered that 21 days shall be excluded from the time within which an indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: March 15, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation and [Proposed] Order Continuing Hearing        2